IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WESLEY JAY DAVIS PLAINTIFF

v. Case No. 4:26-cv-04068

ROBERT GENTRY; CHETT STUBBS;
JESUS CHAVEZ; and TERRY HERNANDEZ DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on October 15, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Singleton conducted a preservice screening of Plaintiff's Complaint and recommends that the following claims be dismissed without prejudice: (1) all claims against Defendant Chavez; (2) all official capacity claims against Defendants Gentry, Stubbs, and Hernandez; and (3) any claims that Defendants violated the Prison Rape Elimination Act ("PREA") and failed to respond to grievances. Judge Singleton recommends the Court allow Plaintiff's claims for failure to protect, denial of access to his attorney, and conditions of confinement regarding his alleged unconstitutional lockdown against Defendants Gentry, Stubbs, and Hernandez, in their individual capacity, to proceed for further litigation.

No party has filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that Defendant Chavez should be and hereby is **DISMISSED WITHOUT PREJUDICE** from this case.

Further, the Court finds that the following claims should be and hereby are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon

which relief may be granted:

(1) All official capacity claims against Defendants Gentry, Stubbs, and Hernandez;

(2) Any claims attempting to state a substantive claim pursuant to the PREA; and

(3) Any claims regarding any Defendant failing to respond to Plaintiff's grievances.

The Court finds that the following claims **MAY PROCEED** against Defendants Gentry, Stubbs, and Hernandez, in their individual capacities only: (1) denial of access to Plaintiff's attorney; (2) failure to protect Plaintiff from sexual assault; and (3) the conditions of confinement regarding Plaintiff's alleged unconstitutional lockdown.

**IT IS SO ORDERED**, this 17th day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge